AO 83 (Rev. 12/85) Summons in a Criminal Case

SEALED
BY ORDER OF THE COURT

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 2 2004

at __1__ o'clock and __40min__ ____ M.
WALTER A.Y.H. CHINN, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

WALTER Y. ARAKAKI

~~et~~

~~Aiea, Hawaii 96701~~

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 04-00371DAE

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| Before: Barry M. Kurren, United States Magistrate Judge | Date and Time<br>Monday, January 10, 2005<br>at 10:30 a.m. |

To Answer an Indictment

Charging you with a violation of Title 18 United States Code, Section 1341.

Brief description of offense:

Counts 1 - 4: Mail Fraud

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

_Anna Chang_
Signature of Issuing Officer/Deputy Clerk

October 1, 2004
Date



SEALED
BY ORDER OF THE COURT

3