# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/05/2005 4:30 PM
WALTER A.Y.H. CHINN, CLERK

**CASE NUMBER:**  CR 04-00371DAE

**CASE NAME:**    USA                          vs.  SEALED

**INTERPRETER:**

---

**JUDGE:**  JUDGE BARRY M. KURREN          **REPORTER:**

**DATE:**  01/05/2005                      **TIME:**

                                           **ROOM:**

---

**COURT ACTION:** EO

Continued : [Initial Appearance; A & P to the Indictment] from 01/10/2005
10:30:00 AM to 03/15/2005 10:00:00 AM before KSC.

Valerie from USA to notify parties.


Submitted by: Richlyn Young, Courtroom Manager