| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>03/18/2005 01:38 PM | To | william.shipley@usdoj.gov, keithmk@hawaii.rr.com |
| | cc | Tony Barry/HIPT/09/USCOURTS@USCOURTS, Eldowayne.Kalima@usdoj.gov |
| | bcc | |
| | Subject | CR04-371DAE, SEALED |

## CR04-371DAE, SEALED

Initial Appearance; A&P to the Indictment set for 3/15/05 has been continued to 6/21/05 at 10:00am before Judge Chang.

AUSA: William Shipley
Def Atty: Keith Kaneshiro

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 18 2005

at 1 o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

5