CR04-371

| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>06/16/2005 09:38 AM | To | william.shipley@usdoj.gov |
| | cc | keithmk@hawaii.rr.com, Tony Barry/HIPT/09/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | CR04-371DAE, SEALED CASE |

## CR04-371DAE, SEALED CASE

At the government's request, Initial Appearance and A&P to the Indictment set 6/21/05 before Judge Chang has been continued to 7/25/05 at 1:30pm before Judge Kurren.

AUSA: William Shipley
Def Atty: Keith Kaneshiro

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 16 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

6