CR 04-371



| | | |
|---|---|---|
| Richlyn Young/HID/09/USCOURTS<br>07/22/2005 02:57 PM | To | HIDml_CR Notice Group |
| | cc | |
| | bcc | |
| | Subject | CR 04-00371DAE USA v. Sealed |

**Initial Appearance and A & P to Indictment as to this sealed case is continued from 7-25-05 to 10-6-06 @ 10 a.m., BMK.**

**Michael Purpura to notify parties.**

Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH: (808) 541-3090

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 22 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

7