# MINUTES

```
                                              FILED IN THE
                                        UNITED STATES DISTRICT COURT
                                            DISTRICT OF HAWAII
                                           10/05/2005 4:30 PM
                                           SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 04-00371DAE

**CASE NAME:** USA vs. SEALED

**INTERPRETER:**

---

**JUDGE:** JUDGE BARRY M. KURREN          **REPORTER:**

**DATE:** 10/05/2005                      **TIME:**

                                          **ROOM:**

---

**COURT ACTION:** EO

Continued : [Initial Appearance and A & P to the Indictment] from 10/06/2005 10:00:00 AM to 12/12/2005 10:30:00 AM before KSC. (Sealed case.)

Shipley to notify parties.


Submitted by: Richlyn Young, Courtroom Manager