CR 04-371

| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS | To | william.shipley@usdoj.gov, keithmk@hawaii.rr.com |
| 12/19/2005 02:05 PM | cc | |
| | bcc | |
| | Subject | CR04-371, USA v. Walter Arakaki |

CR04-371DAE, USA v. Walter Arakaki

By agreement of counsel, Initial Appearance and A & P to the Indictment set 12/12/05 before Judge Chang has been continued to 2/27/06 at 1:30pm before Judge Chang

AUSA: William Shipley
Def Atty: Keith Kaneshiro

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

9