# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CR 04-00371DAE

CASE NAME:           USA v. Walter Y. Arakaki

ATTYS FOR PLA:       William L. Shipley, Jr.

ATTYS FOR DEFT:      Keith M. Kaneshiro

INTERPRETER:

JUDGE:    Barry M. Kurren           REPORTER:    C6F

DATE:     09/25/2006                TIME:        10:39 - 10:47

COURT ACTION:  EP: Initial Appearance and A & P to Indictment - deft present not in custody.  Arrn waived.  Plea of NOT GUILTY entered.

Order Granting the Motion to Unseal the Indictment is signed and filed.

Dates given:
JS/JT 11/21/06

Defendant's request to continue the trial is granted.

New dates given:
JS/JT 3/13/07 @ 9 a.m., DAE
FPT 2/12/07 @ 10 a.m., BMK
Motions due 1/16/07
Response due 1/3/07

Shipley to prepare the order excluding time for complexity of the case, to enable defense counsel time to prepare for trial, and in the interest of justice.

Bail set at:
$50,000 unsecured bond
(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g1)   Surrender any passport and all travel documents to the U.S. District Court Clerk's Office. Do not apply for/obtain a passport. Surrender no later than: **noon on 9/27/06.**

(7h1)   Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7s1)   You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7y)    You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8n)    Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments. You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

(8o)    Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial release conditions. You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

- You shall not commit any offense in violation of federal state, or local law while on release in this case.

- You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by Richlyn W. Young, courtroom manager