ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 25 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00371 DAE |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO UNSEAL |
| | ) | INDICTMENT; ORDER GRANTING |
| vs. | ) | MOTION TO UNSEAL INDICTMENT |
| | ) | |
| WALTER Y. ARAKAKI, | ) | |
| | ) | |
| Defendant. | ) | |

EX PARTE MOTION TO UNSEAL INDICTMENT

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order unsealing the Indictment in the above-entitled matter on the ground that the defendant is making an appearance for arraignment and entering of a plea on the charges therein.

//
//
//

      This Motion is based on the records and files of this case and those of Cr. No. 04-00371 DAE.

      DATED: September 25, 2006, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

             By  _____
                        WILLIAM L. SHIPLEY
                        Assistant U. S. Attorney

                        Attorneys for Plaintiff
                        UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00371 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | TO UNSEAL INDICTMENT |
| vs. | ) | |
| | ) | |
| WALTER Y. ARAKAKI, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING MOTION TO UNSEAL INDICTMENT

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Unseal Indictment, and good cause appearing therefor,

IT IS HEREBY ORDERED that the indictment in regard to the above-entitled matter be unsealed.

DATED: Honolulu, Hawaii, SEP 25 2006.

BARRY M. KURREN
United States Magistrate Judge