

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00371 DAE (1) |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | ) | |
| Walter Y. Arakaki, | ) | SEP 2 6 2006 |
| | ) | at ___ o'clock and ___ min ___ M |
| Defendant(s). | ) | SUE BEITIA, CLERK |
| | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120614501 issued at Honolulu Passport Agency, Hawaii USA, on November 13, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on September 26, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

   Date of Birth:    October 14, 1939

   Place of Birth:   Hawaii, USA

Dated at Honolulu, Hawaii on September 26, 2006.

                                        SUE BEITIA, Clerk

                                        By: _____
                                              Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____   Signature: _____
                                              Owner of Passport