# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/23/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 04-00371DAE

CASE NAME:      USA v. Walter Y. Arakaki

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

   JUDGE:    David Alan Ezra          REPORTER:

   DATE:     02/23/2007               TIME:

---

COURT ACTION:  EO: Jury Selection/Trial to Follow  continued  from 03/13/2007 09:00:00 AM to 06/26/2007 09:00:00 AM before DAE

Final Pretrial Conference continued  from 02/12/2007 10:00:00 AM to 05/29/2007 10:00:00 AM,  Judge presiding changed from KSC to BMK,  from COURTROOM 5 to COURTROOM 6 before BMK

Time to be excluded from 3/13/2007 to 6/25/2007.

Stip to be submitted.

Submitted by: Theresa Lam, Courtroom Manager