EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00371 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND |
| vs. | ) | EXCLUDING TIME |
| | ) | |
| WALTER Y. ARAKAKI, | ) | |
| | ) | Old Trial Date: 03/13/2007 |
| Defendant. | ) | **New** Trial Date: 06/26/2007 |
| | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND EXCLUDING TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for March 13, 2007, be continued to June 26, 2007, at 9:00 a.m. before United States District Judge David Alan Ezra.  The final pretrial conference is scheduled for May 29, 2007, at 10:00 a.m. before United States Magistrate Judge Barry M. Kurren.  Defendant's motions are due on or before May 1, 2007, and the government's responses are due on or before May 15, 2007.

IT IS FURTHER STIPULATED AND AGREED that the time from March 13, 2007 to June 25, 2007, shall be and is deemed excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  This finding is based on the fact that the parties request additional time to review evidence and discovery from the related case of <u>United States v. Furukawa, et al.</u>, tried before this Court in October, 2006.  The failure to grant a continuance would result in a miscarriage of justice, and would deny counsel for the defendant and the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence by both parties to date.

DATED:  March 8, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ William L. Shipley
   WILLIAM L. SHIPLEY
   Assistant U.S. Attorney


/s/ Keith M. Kaneshiro
KEITH M. KANESHIRO, ESQ.
Attorney for Defendant
   WALTER Y. ARAKAKI

<u>ORDER</u>

Based on the stipulation of the parties, the Court finds good cause for the continuance of the trial from March 13, 2007 to June 26, 2007. The Court further finds that time will be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, as both parties seek additional time to review evidence and discovery from the related case of <u>United States v. Furukawa, et al.</u>, tried before this Court in October, 2006. The failure to grant a continuance would likely result in a miscarriage of justice, because counsel for the defendant and the attorney for the government would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence by both parties to date.

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, April 2, 2007.



_____
David Alan Ezra
United States District Judge

<u>United States v. Walter Y. Arakaki</u>
Cr. No. 04-00371 DAE
"Stipulation and Order Continuing Trial and Excluding Time"