KEITH M. KANESHIRO  2027
770 Kapiolani Blvd., Suite 715
Honolulu, Hawai'i  96813-5241
Telephone:  (808) 596-0044
Facsimile:   (808) 596-0055
Email: keithmk@hawaii.rr.com

Attorney for DEFENDANT
WALTER Y. ARAKAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00371 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| WALTER Y. ARAKAKI | |
| Defendant. | |

## STIPULATION AND ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE

It is hereby stipulated between the United States Government through William L. Shipley, Assistant United States Attorney and Defendant Walter Y. Arakaki through Keith M. Kaneshiro, that the pretrial motions deadline be extended from May

1

1, 2007 to May 25, 2007 and that the United States Government response be extended from May 15, 2007 to June 8, 2007.

DATED: Honolulu, Hawaii, May 21, 2007

_____
WILLIAM L. SHIPLEY
Assistant United States Attorney

_____
KEITH M. KANESHIRO
Attorney for Defendant
WALTER Y. ARAKAKI

APPROVED AND SO ORDERED:

_____
Judge Barry M. Kurren
United States Magistrate