ORIGINAL

KEITH M. KANESHIRO   2027
770 Kapiolani Blvd., Suite 715
Honolulu, Hawai'i 96813-5241
Telephone: (808) 596-0044
Facsimile:   (808) 596-0055
Email: keithmk@hawaii.rr.com

Attorney for DEFENDANT
WALTER Y. ARAKAKI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 25 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00371 DAE |
| Plaintiff, | ) | |
| | ) | NOTICE OF MOTION; MOTION TO |
| | ) | DISMISS ON STATUTE OF |
| vs. | ) | LIMITATIONS; MEMORANDUM |
| | ) | OF LAW; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF SERVICE |
| WALTER Y. ARAKAKI | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   EDWARD H. KUBO
      United States Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii 96813

WILLIAM L. SHIPLEY
Assistant U. S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813


PLEASE TAKE NOTICE that the following motion will be heard before the Honorable David Alan Ezra, in his courtroom in the United Sates Courthouse, 300 Ala Moana Boulevard, Honolulu. Hawaii, on

_____ .


DATED:  Honolulu, Hawaii, May 25, 2007.


_____
KEITH M. KANESHIRO
Attorney for Defendant
WALTER Y. ARAKAKI