KEITH M. KANESHIRO   2027
770 Kapiolani Blvd., Suite 715
Honolulu, Hawai'i  96813-5241
Telephone:  (808) 596-0044
Facsimile:   (808) 596-0055
Email: keithmk@hawaii.rr.com

Attorney for DEFENDANT
WALTER Y. ARAKAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>WALTER Y. ARAKAKI<br><br>              Defendant. | CR. NO. 04-00371  DAE<br><br>MOTION TO DISMISS ON STATUTE OF LIMITATIONS |

## MOTION TO DISMISS ON STATUTE OF LIMITATIONS

COMES NOW the Defendant, WALTER ARAKAKI, through counsel, Keith M. Kaneshiro, and moves this Honorable Court to dismiss counts 1, 2 and 3 of the indictment.

This motion is based upon the Fifth Amendment of the United States Constitution, Rules 12(b), 47, and 48(b) of the Federal Rules of Criminal Procedure, Title 18, Section 3282 of the United States Code, the attached memorandum of law and exhibit, declaration of counsel, and upon evidence which may be adduced at a hearing requested to be held on this matter.

DATED: Honolulu, Hawaii, May 25, 2007

_____
KEITH M. KANESHIRO
Attorney for Defendant
WALTER Y. ARAKAKI