IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00371 DAE |
| Plaintiff, | |
| | DECLARATION OF COUNSEL |
| vs. | |
| WALTER Y. ARAKAKI | |
| Defendant. | |

### DECLARATION OF COUNSEL

I, KEITH M. KANESHIRO, hereby declare as follows:

1. That I am counsel for Defendant, WALTER ARAKAKI.

2. That the facts and statements set forth in the forgoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, May 25, 2007

_____
KEITH M. KANESHIRO
Attorney for Defendant
WALTER Y. ARAKAKI