## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on May 25, 2007.

    EDWARD H. KUBO
    United States Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii 96813

    WILLIAM L. SHIPLEY
    Assistant U. S. Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, May 25, 2007

                              */s/ Keith M. Kaneshiro*
                              KEITH M. KANESHIRO
                              Attorney for Defendant
                              WALTER Y. ARAKAKI