# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00371DAE |
| CASE NAME: | USA v. Walter Y. Arakaki |
| ATTYS FOR PLA: | William L. Shipley, Jr. |
| ATTYS FOR DEFT: | Keith M. Kaneshiro, William M. Domingo |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 05/29/2007 | TIME: | 10:08 - 10:12 |

COURT ACTION:  EP: Final Pretrial Conference continued to 6/5/2007 @ 10:15 a.m., BMK.  William M. Domingo made appearance as co-counsel.  Defendant's presence waived.

Submitted by Richlyn Young, Courtroom Manager