KEITH M. KANESHIRO   2027
770 Kapiolani Blvd., Suite 715
Honolulu, Hawai'i  96813-5241
Telephone:  (808) 596-0044
Facsimile:   (808) 596-0055
Email:  keithmk@hawaii.rr.com

Attorney for DEFENDANT
WALTER Y. ARAKAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00371  DAE |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO WITHDRAW MOTION |
| ) | TO DISMISS |
| vs. ) | |
| ) | |
| WALTER Y. ARAKAKI, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### MOTION TO WITHDRAW MOTION TO DISMISS

COMES NOW, Defendant, WALTER Y. ARAKAKI, through counsel, Keith M. Kaneshiro, and hereby moves this Honorable Court to withdraw Motion to Dismiss filed on May 25, 2007, and set for hearing on June 18, 2007.

DATED: Honolulu, Hawaii, June 12, 2007.

_____
KEITH M. KANESHIRO
Attorney for Defendant
WALTER Y. ARAKAKI


No Objection:   _____
WILLIAM L. SHIPLEY
Assistant U.S. Attorney


APPROVED AND SO ORDERED:

_____
THE HONORABLE DAVID ALAN EZRA