EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00371 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND |
| vs. | ) | EXCLUDING TIME |
| | ) | |
| WALTER Y. ARAKAKI, | ) | |
| | ) | Old Trial Date: 06/26/07 |
| Defendant. | ) | **New** Trial Date: 10/16/07 |
| | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND EXCLUDING TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for June 26, 2007, be continued to October 16, 2007, at 9:00 a.m. before United States District Judge David Alan Ezra.  The final pretrial conference is scheduled for September 17, 2007, at 10:00 a.m. before United States Magistrate Judge Leslie E. Kobayashi. Defendant's motions are due on or before August 20, 2007, and the government's responses are due on or before September 4, 2007.

IT IS FURTHER STIPULATED AND AGREED that the time from

June 26, 2007 to October 16, 2007, shall be and is deemed excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial.  This finding is based on request by the Defendant for additional time to prepare for trial due to the recent production in discovery by the government of approximately 1,200 pages of records that might be offered for admission into evidence pursuant to Rule 404(b), and taking into account the past exercise of due diligence by counsel for the Defendant and counsel for the government in this matter.  Failure to grant a continuance would result in a miscarriage of justice, and would deny counsel for the Defendant and the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence by both parties to date.

        DATED:  June 19, 2007, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                By /s/ William L. Shipley
                   WILLIAM L. SHIPLEY
                   Assistant U.S. Attorney

```
                          /s/ Keith M. Kaneshiro
                          KEITH M. KANESHIRO, ESQ.
                          Attorney for Defendant
                             WALTER Y. ARAKAKI
```

ORDER

Based on the stipulation of the parties, the Court finds good cause for the continuance of the trial from June 26, 2007 to October 16, 2007.  The Court further finds that time will be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial, as both parties seek additional time to prepare for trial, including the necessity of reviewing approximately 1,200 pages of business records which the government is considering offering as evidence pursuant to Rule 404(b), and taking into account the past exercise of due diligence by counsel for the Defendant and counsel for the government.  Failure to grant a continuance would likely result in a miscarriage of justice, because counsel for the Defendant and the attorney for the government would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence by both parties to date.

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, June 21, 2007.



_____
David Alan Ezra
United States District Judge


United States v. Walter Y. Arakaki
Cr. No. 04-00371 DAE
"Stipulation and Order Continuing Trial and Excluding Time"