# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR04-00371DAE |
| CASE NAME: | USA v. Walter Y. Arakaki |
| ATTYS FOR PLA: | William Shipley, Jr. |
| ATTYS FOR DEFT: | Keith Kaneshiro |
| | William Domingo |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 10/9/2007 | TIME: | 11:07-11:28:48am |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, not in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 2 of the Indictment entered by the Defendant.  Government to dismiss Counts 1, 3 and 4 of the Indictment.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

At defendant's request SENTENCING as to Count 2 of the Indictment set for 4/7/08 at 1:30 p.m. before Judge Ezra.

Defendant's current conditions of release to continue.

Submitted by: Shari Afuso, Courtroom Manager