IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00371 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WALTER Y. ARAKAKI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND
<u>NOTICE OF SENTENCING</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 2 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 29, 2007.

_____
David Alan Ezra
United States District Judge