ORIGINAL  LODGED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2008

at 4 o'clock and 25 min P M
SUE BEITIA, CLERK

JAN 30 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

KEITH M. KANESHIRO   2027
770 Kapiolani Blvd., Suite 715
Honolulu, Hawai'i  96813-5241
Telephone:  (808) 596-0044
Facsimile:   (808) 596-0055
Email:  keithmk@hawaii.rr.com

Attorney for DEFENDANT
WALTER Y. ARAKAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00371  DAE |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| | TO LEAVE JURISDICTION |
| vs. | |
| WALTER Y. ARAKAKI, | |
| Defendant. | Sentencing Date: 04/07/08 |

### STIPULATION AND ORDER TO LEAVE JURISDICTION

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that WALTER Y. ARAKAKI be allowed to leave the jurisdiction from March 20, 2008 to and including April 2, 2008.

IT IS FURTHER STIPULATED AND AGREED that Walter Y. Arakaki's passport be given to him by Pretrial Services and that upon his return he will again surrender his passport to Pretrial Services.

DATED: January 29, 2008, at Honolulu, Hawaii.

_____
KEITH M. KANESHIRO
Attorney for Defendant
WALTER Y. ARAKAKI

_____
WILLIAM L. SHIPLEY
Assistant U.S. Attorney

## ORDER

Based on the stipulation of the parties, the Court finds good cause to allow WALTER Y. ARAKAKI to leave the jurisdiction from March 20, 2008 to April 2, 2008 and that he be given his passport to allow him to travel.

IT IS APPROVED AND SO ORDERED:

DATED: January 29, 2008, at Honolulu, Hawaii.

_____
~~DAVID ALAN EZRA~~ Barry M. Kurren
United States ~~District~~ Magistrate Judge