IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-00371 DAE (1) |
| Plaintiff(s), | |
| vs. | |
| Walter Y. Arakaki, | |
| Defendant(s). | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 6 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120614501 issued at Honolulu Passport Agency, Hawaii USA, on November 13, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on September 26, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:   October 14, 1939

Place of Birth:  Hawaii, USA

Dated at Honolulu, Hawaii on September 26, 2006.

SUE BEITIA, Clerk

By: _____
Deputy Clerk

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 07 2008

at __ o'clock and 55 min. P.M.
SUE BEITIA, CLERK

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: 2/7/08          Signature: _____
                                  Owner of Passport