

ORIGINAL

**KEITH M. KANESHIRO  2027**
770 Kapiolani Blvd., Suite 715
Honolulu, Hawaii  96813-5241
Telephone: (808) 596-0044
Facsimile:   (808) 596-0055
Email: keithmk@hawaii.rr.com

**Attorney for DEFENDANT
WALTER Y. ARAKAKI**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2008

at____o'clock and_____min._____M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00371 DAE |
| | ) |
| Plaintiff, | ) DEFENDANT WALTER Y. |
| | ) ARAKAKI'S RESPONSE TO |
| vs. | ) DRAFT PRESENTENCE REPORT; |
| | ) CERTIFICATE OF SERVICE |
| WALTER Y. ARAKAKI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT WALTER Y. ARAKAKI'S
RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, WALTER Y. ARAKAKI, by and through counsel, Keith

M. Kaneshiro, respectfully submits that there are no objections to the draft

presentence report dated 2/13/2008.

DATED: Honolulu, Hawaii, February 26, 2008.

_____
KEITH M. KANESHIRO
Attorney for Defendant
WALTER Y. ARAKAKI

## CERTIFICATE OF SERVICE

I, KEITH M. KANESHIRO, hereby certify that a true and exact copy of the foregoing document was served to the following on February 26, 2008:

WILLIAM L. SHIPLEY, ESQ.
Assistant United States Attorney
6100 PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

ROY T. KAWAMOTO
Senior U.S. Probation Officer
300 Ala Moana Blvd., Room C-126
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, February 26, 2008.

KEITH M. KANESHIRO
Attorney for Defendant
WALTER Y. ARAKAKI