EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00371 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| WALTER Y. ARAKAKI, | ) | |
| | ) | Date:  April 7, 2008 |
| Defendant. | ) | Time:  1:30 p.m. |
| | ) | Judge:  David Alan Ezra |

GOVERNMENT'S SENTENCING STATEMENT

The United States, by and through its attorney, the

United States Attorney for the District of Hawaii, hereby states

that it has no objection and/or clarification to make to the

draft Presentence Investigation Report dated February 13, 2008.

DATED:  Honolulu, Hawaii, February 28, 2008.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ William L. Shipley
    WILLIAM L. SHIPLEY
    Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on February 28, 2008:

**Served by First Class Mail:**

Keith M. Kaneshiro, Esq.
770 Kapiolani Blvd., Suite 715
Honolulu, HI 96813

Attorney for Defendant
WALTER Y. ARAKAKI

**Served by hand-delivery:**

Roy T. Kawamoto
Senior U.S. Probation Officer
300 Ala Moana Blvd., Rm. 2-215
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, February 28, 2008.


/s/ Gloria Parker
Gloria Parker