# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00371DAE |
| CASE NAME: | USA v. Walter Y. Arakaki |
| ATTYS FOR PLA: | William L. Shipley, Jr. |
| ATTYS FOR DEFT: | Keith Kaneshiro |
| | William M. Domingo |
| USPO: | Terry Longboy |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/7/2008 | TIME: | 1:30pm-2:25pm |

COURT ACTION:  EP: Sentencing to Count 2 of the Indictment as to Defendant Walter Y. Arakaki.

Defendant Walter Y. Arakaki present, not in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Walter Y. Arakaki.

SENTENCE:

Probation:  3 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of probation.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

    4.    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

    5.    Defendant shall submit to one drug test within 15 days of commencement

       of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.[DRUG TESTING IS WAIVED]

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the fine of $10,000 is payable within 7 days of the date of sentencing.

Special Assessment: $100.00.

$10,000 fine.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss All Remaining Counts - GRANTED.

Submitted by: Theresa Lam, Courtroom Manager